# GOLDBERG, PIKE & BESCHE, P.C.

HOWARD G. GOLDBERG*
PATRICK M. PIKE†
DEBORAH K. BESCHE*
DAVID B. APPLEFELD*°
SHARON K. ENGELHARD*

ROBIN G. BANKS
FABRIZIO A. ROMAN
  OF COUNSEL
WILLIAM COLONNA III

\* ALSO MEMBER DISTRICT OF COLUMBIA BAR
† ALSO MEMBER NEW YORK BAR
° ALSO MEMBER COLORADO BAR

ATTORNEYS AT LAW
TWO EAST FAYETTE STREET
BALTIMORE, MARYLAND  21202
TELEPHONE: 410-539-1004
FAX: 410-539-2392

FILED
LODGED _____ RECEIV.

APR 2 7 2000

AT GREENBELT
CLERK U.S. DISTRICT C.
DISTRICT OF MAR*

April 26, 2000

Clerk's Office
United States District Court
  for the Southern District of Maryland
6500 Cherrywood Lane, Suite 240
Greenbelt, Maryland 20770

      Re:    United States of America f/u/b/o CPF Underground Utilities, Inc. v. John Deere Insurance Company, et al.
              Civil Action No.:  AMD 00 CV 743

Dear Clerk of Court:

     I am counsel to John Deere Insurance Company and Sentry Select Insurance Company (formerly known as John Deere Insurance Company) in connection with the captioned case.  I am writing to confirm my agreement with Joel S. Rubinstein, Esquire, counsel for the Plaintiff, United States of America f/u/b/o CPF Underground Utilities, Inc. that John Deere Insurance Company and Sentry Select Insurance Company shall have to, through and including Wednesday, May 10, 2000 within which to answer or otherwise respond to the Complaint in this matter.

     Thank you for your assistance.

                       Very truly yours,

                       Patrick M. Pike

PMP/dz
cc:    Joel S. Rubinstein, Esquire
       Andrew N. Cook, Esquire

*Approved 4/28/00 /s/*
**ANDRE M. DAVIS
U.S. DISTRICT JUDGE**

