IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| f/u/b CPF UNDERGROUND UTILITIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. AMD 00-743 |
| | ) | |
| JOHN DEERE INSURANCE CO., | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 3 1 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND
                                        DEPUTY

JOINT REQUEST FOR
EARLY SETTLEMENT/ADR CONFERENCE
AND REPORT REGARDING DEPOSITION HOURS

In response to the Court's Scheduling Order of May 16, 2000, the parties provide the

following:

1.    The parties hereto hereby jointly request an early settlement/ADR conference.

2.    Neither party anticipates that deposition hours will exceed eight.

Respectfully submitted,

BELL, BOYD & LLOYD PLLC

By _____
Joel S. Rubinstein (#00183)
Andrew N. Cook  (#05588)
1615 L Street, N.W., Suite 1200
Washington, DC  20036
Telephone:    (202) 955-6826
Facsimile:    (202) 463-0678
Attorneys for Plaintiff

GOLDBERG, PIKE & BESCHE, P.C.

By _____

Patrick M. Pike  (#M04750)
Two East Fayette Street
Baltimore, MD  21202
Telephone:    (410) 539-1004
Facsimile:    (410) 539-2392
Attorneys for Defendants